

01/07/2019 ALLOWED. HEARING CONTINUED TO 1/31/2019 AT 9:30 A.M. BY AGREEMENT OF THE PARTIES. MOVANT TO SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE EVIDENCING THE SAME.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Case No. 17-40202 – CJP |
| | ) | |
| David Dipadua | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### ASSENTED TO MOTION TO CONTINUE HEARING DATE ON
### U.S. BANK TRUST NATIONAL ASSOCIATION'S MOTION FOR RELIEF

NOW COMES Richard D. Smeloff, Counsel to David Dipadua and Stephanie Babin, Counsel to U.S. Bank Trust National Association in the above captioned matter and moves this Honorable Court to continue the hearing on the Motion for Relief (Doc #41) which is currently scheduled for January 8, 2019 for fourteen (14) days.

In support of this motion, parties require additional time to come to a resolution.

Dated: January 7, 2019

Respectfully submitted,

**/s/ Richard D. Smeloff**
Richard D. Smeloff
Smeloff & Associates
500 Granite Ave
3rd Floor
Milton MA 02186
(617) 690-2124
BBO# 567869

**/s/ Stephanie Babin**
Stephanie E. Babin
Sassoon & Cymrot, LLP
84 State Street
Boston, MA 02109
(617) 720-0099
BBO# 689167